IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV300


DOUGLASS C. ESTNESS, et al.          )
                                     )
            Plaintiff,               )
                                     )
v.                                   )            **ORDER**
                                     )
THE WHITE COLLECTION, et al.         )
            Defendants.              )


     **THIS MATTER** is before the court upon its own motion.  The above captioned case is hereby continued from the June 6, 2005 term to the September 12, 2005 mixed term of court.

     **IT IS SO ORDERED.**

**Signed: May 25, 2005**

Graham C. Mullen
Chief United States District Judge