IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| DOUGLAS C. ESTNESS, RICHARD C. GASS, BOWEN & ASSOCIATES, LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:03CV300-MU |
| THE WHITE COLLECTION, LTD., ANDREW WHITE and BRENDA WHITE, | ) ) ) | |
| Defendants. | ) | |

## CONSENT JUDGMENT

THIS CAUSE came on to be heard, pursuant to the consent of the parties, for entry of a judgment under Rule 58 of the Federal Rules of Civil Procedure, in favor of Plaintiffs Douglas C. Estness, Richard C. Gass and Bowen & Associates, Ltd. against Defendant The White Collection, Ltd.

It appears to the Court, from the consent of the parties, that a judgment in the amount of $500,000.00 should be entered in favor of Plaintiffs Douglas C. Estness, Richard C. Gass and Bowen & Associates, Ltd. against Defendant The White Collection, Ltd.

NOW, THEREFORE, it is hereby Ordered, Adjudged and Decreed that:

1.  Plaintiffs Douglas C. Estness, Richard C. Gass and Bowen & Associates, Ltd. have and recover the sum of $500,000 from Defendant The White Collection, Ltd.; and

2.  The parties shall bear their own costs.

WE CONSENT:

s/ Thomas D. Garlitz
Thomas D. Garlitz
North Carolina State Bar No. 8277
Attorney for Plaintiffs
Garlitz & Williamson, PLLC
Suite 930, The Johnston Building
212 South Tryon Street
Charlotte, North Carolina 28281
Telephone 704/372-1282
Telefax 704/372-1621
E-Mail tgarlitz@gwattorneys.com


s/ John W. Taylor
John W. Taylor
North Carolina State Bar No. 21378
Attorney for Defendants
John W. Taylor, P.C.
13777 Ballantyne Corporate Place
Charlotte, North Carolina 28277
Telephone 704/540-3622
Telefax 704/540-3623
E-Mail johntaylorlaw@bellsouth.net

Signed: March 8, 2006

Graham C. Mullen
United States District Judge

2